706 A.2d 813

**John HOLLAWELL, Appellant,**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Appellee.**

**No. 156 Middle District Appeal Docket 1997.**

Supreme Court of Pennsylvania.

Jan. 15, 1998.

## *ORDER*

**PER CURIAM:**

AND NOW, this 15th day of January, 1998, the direct appeal is quashed; the matter is treated as a petition for

allowance of appeal and denied. The motion to dispense with required filing of more than one copy of motions, briefs, etc., with the court during this action is dismissed as moot.